UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   2:25-cv-10862-MWC-PD                                  Date: May 21, 2026

Title:     Jill Greenberg Studio, Inc. v. Beachin Seal Beach, *et al.*


Present:  The Honorable Michelle Williams Court, United States District Judge


| T. Jackson | Not Reported |
|------------|--------------|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| N/A | N/A |


**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROPERLY SERVE DEFENDANT UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(M)**

On April 20, 2026, the Court denied Plaintiff Jill Greenberg Studio's ("Plaintiff") Motion for Default Judgment (Dkt. # 19) against Defendant Beachin Seal Beach ("Defendant").  Dkt. # 21.  The Court Order notified Plaintiff that it failed to properly effectuate service on the Defendant under Rule 4(h), and concluded by providing Plaintiff with thirty (30) days to "effect proper service of Defendant[.]"  *See id.* at 11.

Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant[.]"  Fed. R. Civ. P. 4(m) (emphasis added).  The Court will only "extend the time for service for an appropriate period" if the plaintiff demonstrates "good cause for the failure" to timely effectuate service in the first instance.  *Id.*  To date, more than thirty (30) days have passed since the Court's Order denying Plaintiff's Motion for Default Judgment.  Plaintiff has failed to file a renewed Proof of Service, let alone any notice that it has attempted to properly effectuate service on Defendant.  Moreover, as Plaintiff filed this case on November 12, 2025, *see* Dkt. # 1, well over ninety (90) days have passed since the inception of this matter, and Plaintiff has still not indicated that it has properly served the Defendant.  Fed. R. Civ. P. 4(m).  Nor has Plaintiff submitted any statement of "good cause" demonstrating why the Court should provide for more time to serve.  *See id.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-10862-MWC-PD                            Date: May 21, 2026

Title:       Jill Greenberg Studio, Inc. v. Beachin Seal Beach, *et al.*

        Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, as to why this case should not be dismissed without prejudice under Rule 4(m) for Plaintiff's failure to properly serve Defendant.  **By no later than May 26, 2026**, Plaintiff must show cause in **no more than four (4) pages** as to why dismissal is not warranted and why good cause exists to allow Plaintiff more time to serve the Defendant.  Failure to timely respond to this Order will result in dismissal of this case under Rule 4(m).

        **IT IS SO ORDERED.**

                                                                                            :

                                                        **Initials of Preparer**    TJ